CORA B. CAUDWELL, Respondent *v.* VILLAGE OF HAMBURG, Appellant.

Argued December 2, 1936; decided December 31, 1936.

*R. Foster Piper* and *Thomas Penney, Jr.*, for appellant.
*Robert W. McNulty* for respondent.

Judgments modified in accordance with opinion in *Ferguson* v. *Village of Hamburg* (272 N. Y. 234) decided herewith, and as so modified affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.